# Court of Appeals
# of the State of Georgia

ATLANTA, December 01, 2015

*The Court of Appeals hereby passes the following order*

**A16I0067. MADISON EARLEY v. DUSTIN SHAW et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SU15DR241



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta, December 01, 2015.*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*